**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60338-RAR**

**HELENA URÁN BIDEGAIN**, *et al.*,

Plaintiffs,

v.

**LUIS ALFONSO PLAZAS VEGA,**

Defendant.

_______________________________________/

# VERDICT FORM

## I. EXTRAJUDICIAL KILLING CLAIM

**Question 1.A**: Does the jury find that Defendant Luis Alfonso Plazas Vega is liable, under the law of conspiracy, for the extrajudicial killing of Carlos Horacio Urán Rojas?

YES _____ NO X

**Question 1.B**: Does the jury find that Defendant Luis Alfonso Plazas Vega is liable, under the law of command responsibility, for the extrajudicial killing of Carlos Horacio Urán Rojas?

YES _____ NO X

If you answered YES to EITHER **Question 1.A OR 1.B of Section I**, what is the total amount of damages that you determine is appropriate to compensate the estate of Carlos Horacio Urán Rojas?

Compensatory Damages: $______________

If you answered YES to EITHER **Question 1.A OR 1.B of Section I**, what is the total amount of damages that you determine is appropriate to compensate Plaintiffs Helena Urán Bidegain, Xiomara Urán, and Mairee Urán Bidegain in their personal capacities for the extra judicial killing of their father Carlos Horacio Urán Rojas?

Compensatory Damages: $____________

If you answered YES to EITHER **Question 1.A OR 1.B of Section I** above, what if any is the total amount of punitive damages that you determine is appropriate to assess against Defendant Luis Alfonso Plazas Vega for his role in the extrajudicial killing of Carlos Horacio Urán Rojas?

Punitive Damages: $____________

***Please Proceed to Section II***

## II. <u>TORTURE CLAIM</u>

**Question 1.A:** Does the jury find that Defendant Luis Alfonso Plazas Vega is liable, under the law of conspiracy, for the torture of Carlos Horacio Urán Rojas?

YES _____ NO __X__

**Question 1.B:** Does the jury find that Defendant Luis Alfonso Plazas Vega is liable, under the law of command responsibility, for the torture of Carlos Horacio Urán Rojas?

YES _____ NO __X__

If you answered YES to EITHER **Question 1.A OR 1.B of Section II**, what is the total amount of damages that you determine is appropriate to compensate the estate of Carlos Horacio Urán Rojas?

Compensatory Damages: $____________

If you answered YES to EITHER **Question 1.A OR 1.B of Section II**, what if any is the total amount of punitive damages that you determine is appropriate to assess against Defendant Luis Alfonso Plazas Vega for his role in the torture of Carlos Horacio Urán Rojas?

Punitive Damages: $______________

**SO SAY WE ALL**

______________________________

______________________________

**FOREPERSON OF THE JURY**
**(SIGN & PRINT NAME)**

**September 17, 2026**