**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60338-RAR**

**HELENA URÁN BIDEGAIN**, *et al.*,

Plaintiffs,

v.

**LUIS ALFONSO PLAZAS VEGA**,

Defendant.
_________________________________/

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon the conclusion of the jury trial in this matter and the Jury Verdict entered on September 17, 2026, [ECF No. 349]. Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Jury Verdict, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Luis Alfonso Plazas Vega and against Plaintiffs Helena Urán Bidegain, Xiaomara Urán, and Mairee Urán Bidegain. Plaintiffs shall take nothing from this action and Defendant shall go hence without day. The Clerk is instructed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of September, 2026.

_________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**